MARY HARRIS, Suing on Behalf of Herself and Other Stockholders of Weiss Engineering Corporation, Respondent, v. WEISS ENGINEERING CORPORATION et al., Appellants, et al., Defendants.

First Department, November 12, 1943.

*Karl T. Frederick* of counsel (*George L. Kobbé* with him on the brief; *Kobbé, Thatcher, Frederick & Hoar,* attorneys), for appellants.

*William T. Harris* of counsel (*Manuel Weiss* with him on the brief), for respondent.

*Per Curiam.* The facts alleged and the relief demanded in the complaint concern only the corporate structure of the defendant corporation organized under the laws of New Jersey and thus relate exclusively to its internal affairs. (*Cohn* v. *Mishkoff Costello Co.,* 256 N. Y. 102; *Bickart* v. *Kelly-Springfield Tire Co.,* 243 App. Div. 72.) The court therefore should have declined to assume jurisdiction.

The order should be reversed, with twenty dollars costs and disbursements, and the complaint dismissed.

MARTIN, P. J., UNTERMYER, DORE, COHN and CALLAHAN, JJ., concur.

Order unanimously reversed, with twenty dollars costs and disbursements, and the complaint dismissed.